UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ALFRED,<br><br>    Petitioner,<br><br>v.<br><br>W.L. MONTGOMERY,<br><br>    Respondent. | Case No. CV 14-8488 GW(JC)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody ("Petition"), and all of the records herein, including petitioner's Request for Stay and Abeyance ("Stay Request") (Docket No. 32), the June 25, 2018 Superseding Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), and petitioner's objections to the Report and Recommendation ("Objections"). The Court has further made a *de novo* determination of those portions of the Report and Recommendation to which objection is made. The Court concurs with and accepts the findings, conclusions, and recommendations of the United States Magistrate Judge and overrules the Objections.

1 | IT IS HEREBY ORDERED that (1) the Petition – including the new claims raised in petitioner's Reply (Docket No. 18) and the Stay Request – are denied on the merits; (2) the Stay Request is denied as moot; (3) this action is dismissed with prejudice; and (4) Judgment be entered accordingly.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Report and Recommendation, and the Judgment herein on petitioner and on respondent's counsel.

IT IS SO ORDERED.

DATED: December 10, 2018

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE