UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ALFRED,<br><br>    Petitioner,<br><br>    v.<br><br>W.L. MONTGOMERY,<br><br>    Respondent. | Case No. CV 14-8488 GW(JC)<br><br>JUDGMENT |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody – including the new claims raised by petitioner in his Request for Stay and Abeyance (Docket No. 32) and Reply (Docket No. 18) – is denied, and this action is dismissed with prejudice.

IT IS SO ADJUDGED.

DATED: December 10, 2018

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE